IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 321-008 |
| | ) | |
| JOSHUA KILLINGSWORTH | ) | |

**O R D E R**

On July 15, 2021, the Court set an unsecured bond for Defendant in the amount of $10,000. (Doc. no. 75.) The conditions of Defendant's release included the following:

(1) The defendant must not violate federal, state, or local law while on release.

(7)(p)(i) Curfew. Defendant is restricted to his residence every day from 10:00 p.m. to 6:00 a.m.

The Probation Office filed a petition on April 22, 2022, alleging Defendant violated the aforementioned conditions. (Doc. no. 641.) At the hearing held on May 16, 2022, Defendant stipulated to the violations as alleged in the petition. Therefore, the Court finds clear and convincing evidence that Defendant violated the conditions of his bond.

The Court hereby revokes release pursuant to 18 U.S.C. § 3148. The appearance bond in the amount of $10,000 is forfeited in its entirety under Fed. R. Crim. P. 46(f)(1).

SO ORDERED 16th day of May, 2022.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA