IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 321-008 |
| | ) | |
| JOSHUA KILLINGSWORTH | ) | |

**O R D E R**

On May 16, 2022, the Court revoked Defendant's pretrial release and forfeited the unsecure bond amount in its entirety of $10,000.  The bond violations arose out of Defendant's admitted addiction to methamphetamine.  The Court grants Defendant's request to be released again on pretrial detention for the purpose of undergoing intensive inpatient rehabilitation and imposes an unsecured bond of $10,000.  In the interest of justice, and pursuant to Fed. R. Crim. Pro. 46(f)(2) and (4), the Court remits and sets aside in whole the bond forfeiture.  The Court will forfeit the bond in its entirety, with no chance of a set-aside or remission, in the event Defendant commits another violation of his pretrial release conditions.

The U.S. Marshals Service shall not release Defendant until the Court is reasonably assured that Defendant has satisfied all conditions for admission into the inpatient rehabilitation facility and will be transported directly there from federal custody.  The Clerk is **DIRECTED** to serve this Order upon the U.S. Marshals Service.

SO ORDERED this 23rd day of May, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA